818

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ROY DOTSON, SR., Defendant-Appellant.

(No. 11268;

Fourth District—November 19, 1970.

*Abstract of Decision*

Opinion by Mr. JUSTICE CRAVEN.

Asher O. Geisler, of Decatur, for appellant.

Basil G. Greanias, State's Attorney, of Decatur, for the People.